AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| United States of America<br>v.<br>JESUS MANUEL LANDEROS-CISNEROS,<br>aka "Manuel Landeros Armenta"<br>"Alfredo Landeros Cisneros"<br>"Manuel Ontiveros Rodriguez"<br>"Manuel Landeros"<br>"Unidentified Male 6,"<br><br>MANUEL ANGEL LANDEROS-LOPEZ<br>aka "Manuel Lopez-Landeros"<br>"Manuel Lopez"<br>"Unidentified Male 1"<br><br>RYAN ALEXANDER FISCHER,<br>aka "Unidentified Male 2"<br><br>Defendants. | Case No.<br><br>19 MJ 04021 |

FILED
SEP 24 2019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of February 7, 2019 and on or about April 5, 2019, in the county of Los Angeles in the Central District of California, the defendants violated:

*Code Section*
21 U.S.C. §§ 841,846
18 U.S.C. §§ 1956(a) and (h)

*Offense Description*
Possession with Intent to Distribute Cocaine and Conspiracy to Distribute Cocaine
Money Laundering and Conspiracy to Launder Monetary Instruments

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Guerrero, Drug Enforcement Administration Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/24/19

_____
*Judge's signature*

City and state:    Los Angeles, California

Hon. Paul L. Abrams
*Printed name and title*

**AFFIDAVIT**

I, Scott M. Guerrero, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1.    I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), and have been so employed since July 2017.  I have been a sworn police officer with the South Gate Police Department ("SGPD") for 14 years.  I am currently assigned to the Southwest Border Initiative Group 2 ("SWBI-2") at the Los Angeles Field Division of the DEA.  SWBI-2 is a multi-agency task force that investigates major drug trafficking organizations operating from Mexico and is comprised of special agents from the DEA and local law enforcement personnel designated as TFOs.

2.    During my employment with the SGPD and my time as a DEA TFO, I have received over 100 hours of comprehensive formal instruction on such topics as drug identification, money laundering techniques, patterns of drug trafficking, complex drug conspiracies, the exploitation of drug traffickers' telecommunication devices, criminal law, surveillance, and other investigative techniques.  In addition, I have conducted hundreds of investigations into the unlawful sale, possession, manufacturing, transportation, and importation of controlled substances, as well as investigations into the collection and laundering of proceeds from controlled substance offenses.  I have been the case agent and a participating agent for hundreds of investigations involving drug distribution, firearms

violations, gang investigations, the laundering of drug proceeds and monetary instruments derived from drug activities, and drug conspiracies. I have debriefed defendants, informants, and witnesses who have personal knowledge regarding drug trafficking organizations. I have also participated in the execution of search and arrest warrants involving drug trafficking crimes.

3.    Additionally, I have participated in drug investigations that included Title III wire interceptions and California state wiretap investigations of numerous individuals involved in the distribution, possession, and manufacture of controlled substances, such as cocaine, cocaine base, methamphetamine, and heroin. In conducting these investigations, I have used a variety of investigative techniques and resources, including but not limited to such techniques as surveillance, use of confidential sources, search warrants, telephone toll analysis, and wire intercept communications analysis.

4.    Through my training, experience, and interaction with more experienced DEA Special Agents, TFOs, and other drug investigators, I have become familiar with the methods employed by drug traffickers, in particular, practices to smuggle, safeguard, transport, and distribute drugs, and to collect and launder drug-related proceeds. These methods include the use of wireless communications technology (such as cellular telephones) to both send text messages and to make voice calls, counter-surveillance, smuggling schemes tied to legitimate businesses, false or fictitious identities, and coded or encrypted

communications, in an attempt to avoid detection by law
enforcement and to circumvent drug investigations. I know that
during the course of these wire and electronic communications,
organization members routinely use coded references and/or
encryption in an effort to elude law enforcement detection; and
that drug traffickers often confine their illegal telephonic
communications to well-trusted organizational members and other
high-level drug traffickers.

5.    Based on my training and experience, I know that
persons involved in the illicit distribution of controlled
substances often attempt to conceal their identities, as well as
the locations at which drug transactions take place. They are
also known to have vehicles, properties, utilities, and other
purchases under fictitious names and/or in the names of other
individuals to conceal their criminal activities and financial
transactions. I am aware that persons engaged in organized drug
distribution and sales maintain contact with individuals from
whom they receive and/or to whom they distribute drugs. I know
that in order to do this effectively, these persons maintain
continued access to telephone communication, including both
voice and text.

## II. PURPOSE OF AFFIDAVIT

6.    This affidavit is made in support of a criminal
complaint and arrest warrant against JESUS MANUEL LANDEROS-
CISNEROS also known as ("aka") "Manuel Landeros Armenta" aka
"Alfredo Landeros Cisneros" aka "Manuel Ontiveros Rodriguez" aka
"Manuel Landeros" aka "Unidentified Male 6" ("LANDEROS-

CISNEROS"); MANUEL ANGEL LANDEROS-LOPEZ aka "Manuel Lopez" aka "Manuel Lopez Landeros" "Unidentified Male 1" ("LANDEROS-LOPEZ"); and RYAN ALEXANDER FISCHER aka "Unidentified Male 2" ("FISCHER") (the "Target Subjects") for violations of Title 21, United States Code, Sections 841(a)(1) and 846: possession with intent to distribute and conspiracy to distribute controlled substances; and Title 18, United States Code, Sections 1956(a) and (h): money laundering and conspiracy to launder monetary instruments (the "Subject Offenses").

7.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrants, and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. <u>STATEMENT OF PROBABLE CAUSE</u>

### A.    Introduction and Background

8.    In and around June and July 2018, law enforcement agents began investigating a Colombia-based drug trafficking and money laundering organization.  Through information provided by various confidential sources, physical surveillance conducted by law enforcement, and other investigative techniques, agents established the location of a residence believed to be used as a

stash house and distribution location ("stash location"), and installed a pole camera at that location to conduct continuous surveillance.

**B.   Pole Camera Footage Leads to the Identification of the Target Subjects**

9.   Pole camera footage from January 11, 2019, showed that:

a.   At approximately 11:57 p.m., Unidentified Male 1, later identified as LANDEROS-LOPEZ, arrived at the stash location in view of the pole camera and LANDEROS-LOPEZ got out of a 2013 white Sentra with California license plates 8FXM188, registered to "Gonzalo Garcia-Lopez, 2502 North 86th Drive, Phoenix City, Arizona" ("the white Sentra"), with a large box and entered the suspected stash house.

b.   At approximately 1:48 p.m., LANDEROS-LOPEZ left the stash location and departed in the white Sentra without the large box he had previously.

c.   During this delivery, two unknown males arrived at the stash location and left carrying multiple boxes.

d.   Based on the foregoing footage captured by the pole camera on January 11, 2019, I believe, based on my training and experience, that LANDEROS-LOPEZ delivered suspected narcotics to the stash location and then distributed the narcotics to the two unknown males, using the stash location as a meeting spot.

10.  On or about January 23, 2019, the pole camera monitoring the activity at the stash location revealed:

a.    At approximately 11:33 a.m., LANDEROS-LOPEZ was driving the white Sentra, and Unidentified Male 2, later identified as FISCHER, was in the front passenger seat.  LANDEROS-LOPEZ parked the white Sentra on the street, directly in front of the stash location.  LANDEROS-LOPEZ and FISCHER got out of the white Sentra, and went into the stash location.  At approximately 11:58 a.m., both LANDEROS-LOPEZ and FISCHER left the stash location.  At this time, FISCHER was carrying a brown box and took it to the white Sentra.  LANDEROS-LOPEZ and FISCHER got back into the white Sentra and left the area.

b.    At approximately 1:46 p.m. an unidentified male arrived at the stash house.  At approximately 1:57 p.m., LANDEROS-LOPEZ and FISCHER, in the white Sentra, came back to the stash location and parked in the driveway.  LANDEROS-LOPEZ and FISCHER then left the white Sentra and went inside the stash house.  FISCHER was carrying a medium-sized black bag.

c.    At approximately 2:07 p.m., the pole camera footage showed LANDEROS-LOPEZ and FISCHER leaving the stash location empty-handed and getting into the white Sentra.

d.    Approximately 30 minutes later, at 2:40 p.m., the pole camera footage showed an unidentified male retrieving a weighted plastic bag, a book bag, and folded boxes from a vehicle and walking into the stash location.  At approximately 4:00 p.m. the unidentified male left the stash location carrying multiple boxes, placed them in his vehicle, and left the location.

6

        e.    Based on the foregoing footage captured by the
pole camera on January 23, 2019, I believe, based on my training
and experience, that LANDEROS-LOPEZ and FISCHER were delivering
narcotics to the stash location (in the medium-sized black bag
that FISCHER had been seen carrying), and that the unidentified
male had used the stash location to package the narcotics for
further distribution.

**C.    Law Enforcement Continues to Investigate LANDEROS-LOPEZ and
       FISCHER, leading them to LANDEROS-CISNEROS**

        11.   Using a license plate reader[1], detectives were able to
establish that the white Sentra had been in the area of 651 East
Tudor Street, Covina, California (the "Covina residence") on or
about January 4, 2019 at 7:59 a.m.

        12.   On or about January 30, 2019 at approximately 5:15
p.m., SGPD conducted surveillance at the Covina residence.  At
approximately 3:33 p.m. detectives observed the white Sentra
arrive at the Covina residence and pull into the driveway.
LANDEROS-LOPEZ and FISCHER left the car and LANDEROS-LOPEZ then
went inside the Covina residence.  FISCHER opened the trunk of
the white Sentra and removed a plastic bin from the trunk and
took the plastic bin inside the Covina residence.

        13.   On January 31, 2019 at approximately 3:40 p.m., SGPD
Detectives began surveillance at the Covina residence.  At about

---

        [1] A "license plate reader check" is a check of a law
enforcement database created by private companies.  This
particular database is created by a company that takes photos of
license plates and creates a record for each, capturing date,
time, and Global Position System coordinates of where the photo
was taken.

4:16 p.m., LANDEROS-LOPEZ and FISCHER left the Covina residence, and drove off in the white Sentra.

14.   SGPD continued to follow the white Sentra, which arrived at the parking lot of the Hustler Casino, 1000 West Redondo Beach Boulevard, Gardena, California (the "Casino"), at approximately 5:50 p.m.  Detectives entered the Casino to continue surveillance of LANDEROS-LOPEZ and FISCHER and saw them meet with an individual Unidentified Male 6, later identified as LANDEROS-CISNEROS, who was playing at a poker table.  LANDEROS-CISNEROS gave FISCHER small amounts of cash.  Then, all three stood near a bar area and talked for a short time.  Detectives overheard LANDEROS-CISNEROS tell LANDEROS-LOPEZ in Spanish "docientos cinquenta" and "seis cinquenta," which, based upon my training and experience and my knowledge of Spanish, translates to "250" and "650."

15.   Based on my training and experience as well as my knowledge of this investigation, I believe LANDEROS-CISNEROS's reference to "250 and 650" was directing a narcotics sale or money pickup to LANDEROS-LOPEZ.

16.   At approximately 7:00 p.m., LANDEROS-LOPEZ and FISCHER were observed walking out of the Casino and leaving in the white Sentra.

17.   At approximately 7:35 p.m., LANDEROS-CISNEROS was observed cashing out a large number of casino chips and then leaving the Casino.  Shortly thereafter, LANDEROS-CISNEROS was seen in the parking lot of the Casino getting into a 2008 white Buick Enclave with California license plate 8GPL494, registered

to Heriberto Martinez Acosta, 11127 Rose Hedge Drive, Whittier, California ("the white Buick Enclave").  Detectives followed the white Buick Enclave to 4860 Benham Avenue, Baldwin Park, California (the "Baldwin Park residence").

### D. Law Enforcement Agents See the Target Subjects Loading Suspected Narcotics and Cash Into and Out of Various Vehicles

18.  On or about February 5, 2019 at approximately 4:00 p.m., SGPD conducted surveillance at the Baldwin Park residence. Detectives saw LANDEROS-CISNEROS leave the Baldwin Park residence through the front door and get into a 2007 gold Toyota Camry, with California license plate 8EVC151, registered to Ana Bertha Rodriguez, 3120 North 67th Lane, Apartment 75, Phoenix City, Arizona ("the gold Camry").  SGPD followed LANDEROS-LOPEZ to the Commerce Casino, 6131 Telegraph Road, Commerce, California (the "Commerce Casino").

19.  On or about February 6, 2019, SGPD set up surveillance at the Baldwin Park residence at approximately 7:00 p.m.  At approximately 7:25 p.m., LANDEROS-LOPEZ arrived in the white Buick Enclave at the Baldwin Park residence.  Approximately five minutes later, LANDEROS-CISNEROS left the Baldwin Park residence driving the white Buick Enclave.  At approximately 7:40 p.m., the white Buick Enclave arrived at the Covina residence, LANDEROS-CISNEROS got out of the car, retrieved a three foot by two foot plastic box with both hands, and entered the Covina residence with the box.  Based on my training and experience and my knowledge of the investigation, I believe that the white

Buick Enclave was being used by LANDEROS-CISNEROS for the purpose of transporting money or narcotics.

20.   On or about February 7, 2019, SGPD detectives on surveillance saw that both the white Sentra and the white Buick Enclave were parked in the driveway of the Covina residence.

a.   At approximately 11:38 a.m., LANDEROS-LOPEZ left the house and drove off in the white Buick Enclave.

b.   At approximately 12:45 p.m., surveillance officers saw LANDEROS-CISNEROS pull curbside in the white Buick Enclave near Los Angeles Street and Stewart Avenue in Baldwin Park, get out of the vehicle, and enter a 1996 white Toyota Camry bearing California Plate 8GEH089 registered to Saeid Ghasvarian, 4533 MacArthur Boulevard, Newport Beach, California ("the white Camry").  LANDEROS-CISNEROS drove to the Baldwin Park residence and parked the white Camry in the driveway.

21.   For approximately the next 45 minutes, SGPD detectives watched LANDEROS-CISNEROS place a variety of bags into the white Camry.  At approximately 1:00 p.m., LANDEROS-CISNEROS left the white Camry, entered the Baldwin Park residence, and retrieved a white reusable grocery bag that appeared to be weighted and squared.  LANDEROS-CISNEROS placed the bag inside the white Camry, and walked away from the Baldwin Park residence.  Based on my training and experience as well as my knowledge of this investigation, I believe that the SGPD detectives' observations of LANDEROS-CISNEROS loading the white Camry with "weighted" and "squared" bags is consistent with transporting narcotics because they are often packaged in brick-like packages.  Over the course

10

of approximately 12 to 15 minutes, surveillance officers observed LANDEROS-CISNEROS move approximately five bags into the white Camry.

22.  At approximately 1:05 p.m., SGPD surveillance officers observed LANDEROS-CISNEROS retrieve a 2008 green Ford Fusion bearing California plate 8GBZ545, registered to Saeid Chasvarian, 4533 MacArthur Boulevard, Newport Beach, California ("the green Ford Fusion"), which was parked on the street not far from the Baldwin Park residence.  LANDEROS-CISNEROS drove the green Ford Fusion to the Baldwin Park residence and retrieved two more white weighted and squared grocery bags, and a gym bag from the green Ford Fusion and took them inside the Baldwin Park residence.  Then, at approximately 1:19 p.m., LANDEROS-CISNEROS left the Baldwin Park residence and placed the two white weighted and squared grocery bags in the white Camry. Later, at approximately 1:23 p.m., LANDEROS-CISNEROS took a white bag and placed it in the green Ford Fusion.[2]

23.  At approximately 2:58 p.m., LANDEROS-CISNEROS departed the Baldwin Park residence and walked to retrieve the white Buick Enclave.  At approximately 3:44 p.m., SGPD detectives saw LANDEROS-CISNEROS, along with LANDEROS-LOPEZ, return to the Baldwin Park residence in the white Buick Enclave.  LANDEROS-LOPEZ had a small grey handbag.

24.  At approximately 4:11 p.m., FISCHER arrived at the Baldwin Park residence in the white Sentra alone. LANDEROS-LOPEZ

---

[2] Based on my training and experience, it is common for drug traffickers to use multiple vehicles not registered in their own names, to evade law enforcement detection.

11

spoke with FISCHER, then walked over to LANDEROS-CISNEROS (also outside the Baldwin Park Residence), and LANDEROS-CISNEROS and LANDEROS-LOPEZ walked into the residence.  FISCHER remained in the car.  Then, at approximately 4:15 p.m., LANDEROS-LOPEZ came back out of the house, carrying a white squared-off, weighted-down grocery bag and the small gray handbag.  LANDEROS-LOPEZ placed the white bag into the trunk of the white Sentra. FISCHER switched to the front passenger seat and LANDEROS-LOPEZ got into the driver's seat and they drove away.

25.  At approximately 4:18 p.m., LANDEROS-CISNEROS retrieved the white reusable weighted squared grocery bag from the green Ford Fusion and placed it in the white Camry under the driver side seat.  At that time, LANDEROS-CISNEROS moved the white Camry from the Baldwin Park residence to Stewart Street and Bellbrook Street, which is approximately 0.3 miles away from the Baldwin Park residence.  At 4:25 p.m., LANDEROS-CISNEROS got out of the white Camry and walked back to the Baldwin Park residence.  The white Camry was not moved from that location until it was towed, as explained below.

26.  At approximately 4:52 p.m., SGPD saw LANDEROS-CISNEROS leave the Baldwin Park residence in the white Buick Enclave with a white reusable grocery bag that appeared to be weighted and square in shape.  At approximately 6:40 p.m., LANDEROS-CISNEROS arrived at the Baldwin Park residence in the white Buick Enclave and went inside.

27.  At approximately 7:13 p.m., LANDEROS-CISNEROS left the Baldwin Park residence.  At the same time, LANDEROS-LOPEZ and

FISCHER arrived in the white Sentra.  LANDEROS-CISNEROS handed the white reusable grocery bag that appeared to be weighted and square in shape to LANDEROS-LOPEZ, who then placed the bag inside the white Sentra being driven by FISCHER.  FISCHER drove off in the white Sentra with the white reusable grocery bag that appeared to be weighted and square in shape[3], while LANDEROS-CISNEROS and LANDEROS-LOPEZ went into the Baldwin Park residence.  Based upon my training and experience, and my knowledge of this investigation and, particularly, the operations of the LANDEROS DTO, I believe that LANDEROS-LOPEZ gave FISCHER a quantity of narcotics to deliver to a customer and FISCHER left in the white Sentra with the narcotics to carry out this assignment.

28.  At approximately 8:00 p.m., LANDEROS-LOPEZ and LANDEROS-CISNEROS walked out of the Baldwin Park residence. LANDEROS-LOPEZ was carrying a large box, which he placed into the green Ford Fusion.  LANDEROS-LOPEZ got into the green Ford Fusion, LANDEROS-CISNEROS got into the gold Camry, and they both left the area.  Then, law enforcement followed LANDEROS-LOPEZ, (who was driving the green Ford Fusion) to a parking lot in West Covina, and saw him give the box to an unidentified male in a Mercedes.

29.  Based on my training and experience, and my participation in this investigation, I believe that these

_____

[3] As set forth herein, based on my training and experience and the entire context of what was observed on February 7, 2019, I believe these observations by SGPD of "weighted" and "square" shapes are consistent with transporting narcotics because they are often packaged in brick-like configurations for transport.

13

observations by SGPD detectives were consistent with a drug exchange or money drop.

30.    SGPD returned to the Baldwin Park residence and, at 8:30 p.m., the gold Camry and the green Ford Fusion arrived at Baldwin Park residence.  LANDEROS-LOPEZ and LANDEROS-CISNEROS went inside.  At approximately 8:36 p.m. LANDEROS-CISNEROS left the Baldwin Park residence carrying two large black duffel bags to the green Ford Fusion and placed them inside the trunk. LANDEROS-CISNEROS then entered the gold Camry, and LANDEROS-LOPEZ got into the green Ford Fusion.  The two vehicles then departed in tandem from the Baldwin Park residence.  LANDEROS-LOPEZ dropped the green Ford Fusion on Nubia Street east of Baldwin Park Boulevard.  LANDEROS-LOPEZ got out of the green Ford Fusion and departed with LANDEROS-CISNEROS in the gold Camry.  The green Ford Fusion was not moved thereafter until a tow truck removed it, as explained below.

31.    Based on my training and experience, as well as my participation in this investigation, I believe that the green Ford Fusion was being used for the transportation and storage of narcotics.  Moreover, the fact that LANDEROS-CISNEROS had access to at least two different cars registered to the same person Saied Chasvarian aka Saeid Ghasvarian, leads me to believe that the cars were being used for narcotics trafficking.  The DMV photo for the registered owner was not LANDEROS-CISNEROS.

### E.    A Trained Narcotics Detection Dog Alerts on Both the Green Ford Fusion and the White Toyota Camry[4]

32.    On February 8, 2019, at approximately 9:29 a.m. Detective Carlos Corella, walked his trained narcotics detection dog "Zaia" past the green Ford Fusion.  Zaia immediately alerted to the trunk of the green Ford Fusion.

33.    At approximately 9:45 a.m. Detective Corella walked Zaia past the white Toyota Camry, Zaia did not immediately detect upon first pass, but detected on the passenger side door moments later.

34.    Based upon the observations made by law enforcement officers of the entire chain of events described above, in combination with the positive dog hits on both vehicles, I determined that there was substantial evidence that the vehicles contained probable contraband, were a threat to public safety if they remained on the street, and should be secured.  Therefore, contract towing was contacted to retrieve the vehicles, which were held at a secure facility pending the seeking of search warrants.

35.    On February 8, 2019, HSI SA Edward Vigare, Jr. obtained search warrants for the white Camry and the green Ford

---

[4] While law enforcement did not follow the white Sentra, as set forth herein, LANDEROS-CISNEROS handed the white reusable grocery bag that appeared to be weighted and square in shape to LANDEROS-LOPEZ, who then placed the bag inside the white Sentra. FISCHER drove off in the white Sentra with that bag, which, based on my training and experience, had narcotics.

Because the Target Subjects had all met together before at the Casino, and later all together at the Covina residence, I believe, based on my training and experience and based on the totality of the investigation, that they were all working together.

Fusion, authorized by the Honorable Rozella A. Oliver, United States Magistrate Judge.

**F.  Law Enforcement Recovers Approximately Eight Kilograms of Cocaine in the Green Ford Fusion and Approximately 18 Kilograms of Cocaine in the White Toyota Camry, Along with LANDEROS-LOPEZ's and LANDEROS-CISNEROS's Fingerprints**

36.  During execution of the search warrant on the green Ford Fusion, detectives found two empty black duffel bags in the trunk that were similar in appearance to the duffel bags LANDEROS-CISNEROS removed earlier from the Baldwin Park residence.  The area between the back seat and the trunk had been altered, and concealed a hidden compartment.  Inside the compartment was a black bag that contained eight rectangular packages wrapped in plastic material that was sent to the DEA Southwest Laboratory and proved to be approximately eight kilograms of cocaine, as well as five additional packages of suspected cocaine that have not yet been tested.  In addition, detectives found empty shopping bags, and documents.

37.  During execution of the search warrant on the white Camry, detectives located a hidden compartment under the driver's seat.  The compartment had a locking mechanism.  When opened, the compartment had an approximately 1.5 foot by 2.5 foot metal compartment containing nine rectangular black packages wrapped in plastic.  In addition, a similar compartment hidden under the front passenger seat contained nine additional rectangular black packages wrapped in plastic.  The two batches of nine packages were all tested and proved to be approximately

nine kilograms of cocaine, each.  Also recovered were empty
shopping bags on the rear passenger seat and vehicle documents.

38.  The shopping bags recovered from the two cars were
also sent to the laboratory for fingerprint examination.  On
some of the bags, the laboratory found two fingerprints
identified as belonging to LANDEROS-LOPEZ and one fingerprint
identified as belonging to LANDEROS-CISNEROS.

**G.   April 5, 2019: Surveillance Officers Observe Delivery
of Narcotics Proceeds by Target Subjects**

39.  On April 5, 2019, SGPD detectives established
surveillance at approximately 2:00 p.m., once again at the
Covina residence and saw LANDEROS-LOPEZ, LANDEROS-CISNEROS, and
FISCHER together at the Covina residence.

40.  While conducting surveillance, SGPD detectives
followed LANDEROS-LOPEZ, LANDEROS-CISNEROS, and FISCHER in
separate cars to the Montebello area.  LANDEROS-CISNEROS was
driving the gold Toyota Camry, and FISCHER and LANDEROS-LOPEZ
were in the white Buick Enclave.  Eventually, both vehicles
arrived at the DoubleTree Hotel, at 888 Montebello Boulevard,
Rosemead, California ("the Hotel").  FISCHER and LANDEROS-LOPEZ,
in the white Buick Enclave, stopped in front of the Hotel and an
Asian male, later identified as Haoyuan CHEN ("HAOYUAN"), came
out of the Hotel and got into the back seat of the white Buick
Enclave, empty-handed.

41.  Moments later, detectives observed HAOYUAN get out of
the rear of the white Buick Enclave and walk back into the
Hotel, now carrying a black duffel bag.  LANDEROS-CISNEROS had

17

already departed the area by this time in the gold Toyota Camry.
LANDEROS-LOPEZ and FISCHER departed in the white Buick Enclave.

42.   During continued surveillance of HAOYUAN, SGPD saw
HAOYUAN encounter at least two other individuals.  Detectives
believed that HAOYUAN gave cash to both individuals, one of whom
was stopped by a Montebello Police Department marked unit and
found to be in possession of three bundles of United States
currency totaling approximately $30,000.  A trained narcotics
detection dog alerted on the currency.

43.   At approximately 8:30 p.m., HAOYUAN left the Hotel and
investigators stopped and detained HAOYUAN.  HAOYUAN consented
to a search of his hotel room, 425, and a search of his
suitcase, which revealed what appeared to be the same black
duffel bag he had when he got out of the Buick Enclave earlier
in the day.  The bag was now empty.

44.   During the search of HAOYUAN's room, investigators
discovered a large amount of United States currency in the room
safe, which was later determined to be approximately $342,500.
The currency was wrapped with rubber bands in $10,000 bundles
that were similar to the currency recovered by Montebello Police
Department as described above.

45.   Based upon these observations, my training and
experience, as well as my participation in this investigation, I
believe that LANDEROS-CISNEROS, LANDEROS-LOPEZ, and FISCHER
delivered a large amount of United States currency to HAOYUAN in
the black duffel bag that constituted the proceeds of narcotics
sales.

### H.    Statements of FISCHER

46.    On September 19, 2019, the Target Subjects were arrested on state narcotics charges.

47.    Then, on September 23, 2019, defendant FISCHER was booked on state narcotics charges.

48.    After being advised of his <u>Miranda</u> rights in an interview that was audio and video recorded, FISCHER said, among other things, the following:[5]

a.    FISCHER said he had been working for LANDEROS-CISNEROS and LANDEROS-LOPEZ making deliveries of drugs and money as directed by them.

b.    In addition to making deliveries, FISCHER also said that he was ordered to pick up narcotics from various individuals.

c.    At one point, FISCHER admitted that he knew that he was delivering narcotics proceeds and narcotics and stated that he dropped off money to Chinese nationals, among others.

d.    As part of the process, FISCHER provided that he was instructed to count the packages and make note of the stamped identification marks on the packages for each pick up.

## IV. <u>CONCLUSION</u>

49.    For all the reasons described above, there is probable cause to believe that the Target Subjects have committed violations of Title 21, United States Code, Sections 841(a)(1)

---

[5] The following is a summary of the law enforcement interview of FISCHER, for which I was present.  It is not intended to be a verbatim transcript of what FISCHER said, and is not intended to include everything he said over the course of this interview.

and 846: possession with intent to distribute and conspiracy to distribute controlled substances; and Title 18, United States Code, Sections 1956(a) and (h): money laundering and conspiracy to launder monetary instruments.

Det. Scott M. Guerrero
Task Force Officer
Drug Enforcement Administration

Subscribed to and sworn before me this 24th day of September, 2019.

HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE