# EXHIBIT A

# TRANSCRIPTION

| | |
|---|---|
| CASE FILE: | ▮▮▮ |
| TELEPHONE: | 916-420-6804 |
| SUBSCRIBER: | Kristina Fischer ▮▮▮ |
| CALL: | 777 |
| DATE: | September 06, 2019 |
| TIME: | 13:40:08 |
| DURATION: | 00:00:27 |
| OUTGOING: | 626-551-9689 |
| SUBSCRIBER: | N/A |
| PARTICIPANTS: | Ryan Alexander Fischer      [FISCHER] |
| | Jesus Manuel Landeros-Cisneros a.k.a. Manuel Landeros Armenta, Alfredo Landeros-Cisneros      [LANDEROS-CISNEROS] |
| TRANSCRIBED BY: | J. Fuentes |
| REVIEWED BY: | J. Taylor |

**Legend for this call:**

[  ]  = Brackets are used to separate the transcriber / translator's remarks from the original words spoken.
[PH] = Phonetic rendition.
[U/I] = Unintelligible.
[I/I] = Unintelligible in Spanish (Inintelegible).
[I/A] = Inaudible

Words spoken or pronounced in another language have been italicized.

| SPEAKER | TRANSCRIPTION |
|---|---|
| | **[Beginning of Call]** |
| LANDEROS-CISNEROS | Hello. |
| FISCHER | Hey, I just saw the guy.  Uh, I got the dollar bill.  Uh, do you want me to send you a picture? |
| LANDEROS-CISNEROS | Yeah, please. |
| FISCHER | Okay, bye. |
| LANDEROS-CISNEROS | Thank you. |
| | **[End of Call]** |

# EXHIBIT B

| | |
|---|---|
| CASE FILE: | ███████ |
| TELEPHONE: | 916-420-6804 |
| SUBSCRIBER: | Kristina Fischer<br>███████████████ |
| CALL: | 274 |
| DATE: | August 31, 2019 |
| TIME: | 12:44:58 |
| DURATION: | 00:00:22 |
| OUTGOING: | 626-406-6889 |
| SUBSCRIBER: | N/A |
| PARTICIPANTS: | Ryan Alexander Fischer          [FISCHER]<br>Jesus Manuel Landeros-Cisneros<br>a.k.a Manuel Landeros Armenta,<br>Alfredo Landeros-Cisneros   [LANDEROS-CISNEROS] |
| TRANSCRIBED BY: | J. Taylor |
| REVIEWED BY: | J. Fuentes |

**Legend for this call:**

[  ]  =  Brackets are used to separate the transcriber / translator's remarks from the original words spoken.
[PH]  =  Phonetic rendition.
[U/I]  =  Unintelligible.
[I/I]  =  Unintelligible in Spanish (Inintelegible)
[I/A]  =  Inaudible

Words spoken or pronounced in another language have been italicized.

| SPEAKER | TRANSCRIPTION |
|---|---|
| | **[Beginning of Call]** |
| LANDEROS-CISNEROS | Hello. |
| FISCHER | Hey, your brother said to call you and tell you that uh, I saw the guy and I got the car.  I'm, I'm on my way back. |
| LANDEROS-CISNEROS | Oh, you, you see him already? |
| FISCHER | Yeah, yeah, yeah. |
| LANDEROS-CISNEROS | Yeah.  All right, thank you. |
| FISCHER | Okay, no problem. |
| | [Voices overlap] |
| LANDEROS-CISNEROS | Bye. |
| | **[End of Call]** |

Target Telephone: 916-420-6804          Page 2
Call # 274

# EXHIBIT C

# TRANSCRIPTION

| | |
|---|---|
| CASE FILE: | ▮▮▮▮▮ |
| TELEPHONE: | 916-420-6804 |
| SUBSCRIBER: | Kristina Fischer<br>▮▮▮▮▮▮▮▮▮▮ |
| CALL: | 1537 |
| DATE: | September 19, 2019 |
| TIME: | 20:46:43 |
| DURATION: | 00:00:22 |
| INCOMING: | 562-360-7377 |
| SUBSCRIBER: | N/A |
| PARTICIPANTS: | Ryan Alexander Fischer    [FISCHER]<br>Jesus Manuel Landeros-Cisneros    [LANDEROS-CISNEROS]<br>a.k.a. Manuel Landeros Armenta, Alfredo Landeros-Cisneros |
| TRANSCRIBED BY: | J. Fuentes |
| REVIEWED BY: | J. Taylor |

**Legend for this call:**

[  ]  = Brackets are used to separate the transcriber / translator's remarks from the original words spoken.
[PH]  = Phonetic rendition.
[U/I]  = Unintelligible.
[I/I]  = Unintelligible in Spanish (Inintelegible)
[I/A]  = Inaudible

Words spoken or pronounced in another language have been italicized.

| SPEAKER | TRANSCRIPTION |
|---|---|
|  | **[Beginning of Call]** |
| FISCHER | Hello? |
| LANDEROS-CISNEROS | Hello?  Yeah, I send you, I send you the address, huh. |
| FISCHER | Okay. |
| LANDEROS-CISNEROS | I send you in, in the this one.  All right. |
| FISCHER | Okay. |
| LANDEROS-CISNEROS | Okay. |
|  | **[End of Call]** |

# EXHIBIT D

# ***Confidential***



## SOUTH GATE POLICE DEPARTMENT
## NARCOTICS AND SPECIAL PROBLEMS UNIT
### Surveillance Notes

**Date:**       Thursday, March 7, 2019

**Location:**   Garden's Casino 11871 Carson St. Hawaiian Gardens

**Subject:** Identifying UM-6 as Manuel Ontiveros Rodriguez

**Detectives:** Mendez, Peterson, Munoz, Affeld, Cardenas, Sgt. Amador and Officer Hugar

On Thursday, March 7, 2019 at approximately 0700 hours, South Gate Detectives conducted surveillance on TV-7 at the, "Gardens" casino in Hawaiian Gardens. Detective Munoz located the vehicle in the valet lot of the casino. Sgt. Amador set up surveillance on the vehicle.

At approximately 1045 hours, Sgt. Amador observed a valet attendant as he got into TV-7 and drove it to the entrance of the Casino. UM-6 got into the vehicle and drove away. UM-6 made a left turn on Carson St. from the casino and went east. UM-6 pulled into a parking lot at 11900 Carson St. Hawaiian Gardens.

Detective Peterson saw as UM-6 got out of the vehicle and reached towards the floorboard of the driver's side of the vehicle. Detective Peterson said UM-6 appeared to be reaching for something under the seat. UM-6 got back into the vehicle and drove away. UM-6 made a left turn and went west on Carson St towards the 605 freeway. Detective Mendez observed UM-6 get onto the 605 FWY, north. Detective Mendez followed UM-6.

Officer Hugar got behind the vehicle and conducted a traffic stop on the vehicle for traffic violations. UM-6 pulled over along the shoulder lane on the 605 fwy just north of Alondra Ave. Officer Hugar contacted the driver and sole occupant, UM-6. UM-6 stated he only spoke Spanish and provided Officer Hugar with a Jalisco, Mexico driver's license with the name of **Manuel Ontiveros Rodriguez** and driver's license . Rodriguez provided Officer Hugar with proof of insurance and registration to the vehicle. The vehicle registration showed Garcia Lopez, Gonzalo 2502 N. 86th Dr. Phoenix Arizona. The insurance was from Infinity insurance and the subject insured was a Gonzalez Gacia Lopez with an address of  The two vehicles on the insurance were TV-7 and TV-9. Officer Hugar took photos of the documents and released Rodriguez.

Detective Mendez met with Officer Hugar and Officer Hugar showed the photos to Detective Mendez. Attached are the photos of the insurance, registration card and Rodriguez's Mexican driver's license.



USAO-001633



USAO-001634



USAO-001635